**Fill in this information to identify the case:**

Debtor 1    Patrick Byron Fabre

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Middle__ District of __Louisiana__
                                                                                 (State)

Case number    16-10287

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 3 7 5 6

**Property address:** 8614 Cody Drive
                           Number    Street

                         Baton Rouge     LA     70811
                         City                  State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
                                                             MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 6,820.53*

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 300.00**

c. **Total**. Add lines a and b.    (c) $ 7,120.53

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    08 / 01 / 2018
                                              MM / DD / YYYY

*Reflects Debtor suspense in the amount of $713.90
**See Notice of Postpetition Mortgage Fees, Expenses, and Charges filed 8/12/2016

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ L. Claire Mayer
Signature

Date  6 / 20 / 2019

Print:
First Name: L.
Middle Name: Claire
Last Name: Mayer

Title: Attorney for Creditor

Company: Shapiro & Daigrepont, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 3510 N. Causeway Blvd., Suite 600
Number    Street

City: Metairie    State: LA    ZIP Code: 70002

Contact phone (504) 831 – 7726

Email: cmayer@logs.com

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | Patrick Byron Fabre 0 | Payment Changes | | | | | | Total amount received on post | $ 26,037.58 |
|---|---|---|---|---|---|---|---|---|---|
| Case Number: | 16-10287 | From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change | Total amount should be | $ 25,277.43 |
| Filing Date: | 03/09/16 | 1-Apr-16 | 1-Jun-16 | $759.25 | | | | Difference | $ 760.15 |
| | | 1-Mar-17 | 1-Oct-17 | $741.50 | | | | | |
| Payments in POC: | $420.02 | 1-Nov-17 | 1-Aug-18 | $730.01 | | | | | |
| First Post Due Date | 04/01/16 | | | | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | | $ - | $ - |
| | | | | $ - | | | | | | $ - | $ - |
| 03/15/16 | $ 762.00 | 04/01/16 | $ 759.25 | $ 2.75 | | | | | | $ 762.00 | $ 762.00 |
| 03/16/16 | | | | $ 2.75 | | | $ 761.22 | | | $ (761.22) | $ 0.78 |
| 04/18/16 | $ 762.00 | 05/01/16 | $ 759.25 | $ 5.50 | | | | | | $ 762.00 | $ 762.78 |
| 04/19/16 | | | | $ 5.50 | | | $ 759.25 | | | $ (759.25) | $ 3.53 |
| 08/03/16 | $ 800.00 | 06/01/16 | $ 759.25 | $ 46.25 | | | | | | $ 800.00 | $ 803.53 |
| 08/05/16 | | | | $ 46.25 | | | $ 759.25 | | | $ (759.25) | $ 44.28 |
| Agreed Order Entered for the month of 07/01/2016 to 02/01/2017 next payment starts with 03/01/2017. Debtor pay $5188.97 and remaining $ | | | | $ - | Suspense credited in AO | | | | | $ - | $ 44.28 |
| 09/20/16 | $ 11,600.00 | | $ 5,188.97 | $ 6,411.03 | | | | | | $ 11,600.00 | $ 11,644.28 |
| 09/21/16 | | 03/01/17 | $ 741.50 | $ 5,669.53 | | | $ 759.25 | | | $ (759.25) | $ 10,885.03 |
| 09/21/16 | | 04/01/17 | $ 741.50 | $ 4,928.03 | | | $ 759.25 | | | $ (759.25) | $ 10,125.78 |
| 09/21/16 | | | $ 4,811.03 | $ 117.00 | | | $ 759.25 | | | $ (759.25) | $ 9,366.53 |
| 09/21/16 | | | | $ 117.00 | | | $ 741.50 | | | $ (741.50) | $ 8,625.03 |
| 09/21/16 | | | | $ 117.00 | | | $ 741.50 | | | $ (741.50) | $ 7,883.53 |
| 09/21/16 | | | | $ 117.00 | | | $ 741.50 | | | $ (741.50) | $ 7,142.03 |
| 09/21/16 | | | | $ 117.00 | | | $ 741.50 | | | $ (741.50) | $ 6,400.53 |
| 09/21/16 | | | | $ 117.00 | | | $ 741.50 | | | $ (741.50) | $ 5,659.03 |
| 09/21/16 | | | | $ 117.00 | | | $ 848.00 | | | $ (848.00) | $ 4,811.03 |
| 12/02/16 | | | | $ 117.00 | | | $ 4,811.03 | | | $ (4,811.03) | $ - |
| 12/13/16 | $ 10,000.00 | 05/01/17 | $ 741.50 | $ 9,375.50 | | | | | | $ 10,000.00 | $ 10,000.00 |
| 01/12/17 | | 06/01/17 | $ 741.50 | $ 8,634.00 | | | $ 741.50 | | | $ (741.50) | $ 9,258.50 |
| 01/12/17 | | 07/01/17 | $ 741.50 | $ 7,892.50 | | | $ 741.50 | | | $ (741.50) | $ 8,517.00 |
| 01/12/17 | | 08/01/17 | $ 741.50 | $ 7,151.00 | | | $ 741.50 | | | $ (741.50) | $ 7,775.50 |
| 01/12/17 | | 09/01/17 | $ 741.50 | $ 6,409.50 | | | $ 741.50 | | | $ (741.50) | $ 7,034.00 |
| 01/12/17 | | 10/01/17 | $ 741.50 | $ 5,668.00 | | | $ 741.50 | | | $ (741.50) | $ 6,292.50 |
| 01/12/17 | | 11/01/17 | $ 730.01 | $ 4,937.99 | | | $ 741.50 | | | $ (741.50) | $ 5,551.00 |
| 01/12/17 | | 12/01/17 | $ 730.01 | $ 4,207.98 | | | $ 741.50 | | | $ (741.50) | $ 4,809.50 |
| 09/19/17 | | 01/01/18 | $ 730.01 | $ 3,477.97 | | | | | $ 802.35 | $ (802.35) | $ 4,007.15 |
| 10/09/17 | | 02/01/18 | $ 730.01 | $ 2,747.96 | | | $ 741.50 | | | $ (741.50) | $ 3,265.65 |
| 10/10/17 | | | $ 497.59 | $ 2,250.37 | | | $ 497.59 | | | $ (497.59) | $ 2,768.06 |
| 10/10/17 | | 03/01/18 | $ 730.01 | $ 1,520.36 | | | $ 730.01 | | | $ (730.01) | $ 2,038.05 |
| 10/10/17 | | 04/01/18 | $ 730.01 | $ 790.35 | | | $ 730.01 | | | $ (730.01) | $ 1,308.04 |
| 10/10/17 | | 05/01/18 | $ 730.01 | $ 60.34 | | | $ 730.01 | | | $ (730.01) | $ 578.03 |
| 10/10/17 | | | | $ 60.34 | | | | | | $ - | $ 578.03 |
| 02/22/18 | $ 2,113.58 | 06/01/18 | $ 730.01 | $ 1,443.91 | | | | | | $ 2,113.58 | $ 2,691.61 |
| 10/02/18 | | 07/01/18 | $ 730.01 | $ 713.90 | | | $ 730.01 | | | $ (730.01) | $ 1,961.60 |
| 10/02/18 | | | | $ 713.90 | | | $ 730.01 | | | $ (730.01) | $ 1,231.59 |
| 10/02/18 | | | | $ 713.90 | | | | | | $ - | $ 1,231.59 |
| 11/15/18 | | | | $ 713.90 | | | | | | $ - | $ 1,231.59 |
| 05/07/19 | | | | $ 713.90 | | | | $ 687.13 | $ 9.81 | $ (696.94) | $ 534.65 |
| **05/20/19** | | | | $ 713.90 | | | | | $ 77.98 | $ (77.98) | $ 456.67 |
| 06/12/19 | | | | $ 713.90 | Need to back off | | | $ (687.13) | $ (87.79) | $ 774.92 | $ 1,231.59 |
| 06/12/19 | | | | $ 713.90 | Need to advance | | | | $ (161.32) | $ 161.32 | $ 1,392.91 |
| | | | | $ 713.90 | | | | | | $ - | $ 1,392.91 |
| | | | | $ 713.90 | | | | | | $ - | $ 1,392.91 |
| | | | | $ 713.90 | | 713.9 | 730.31 | | | $ - | $ 1,392.91 |
| | | | | $ 713.90 | | | 713.9 | | | $ - | $ 1,392.91 |
| | | | | $ 713.90 | | | -507.97 | | | $ - | $ 1,392.91 |
| | | | | $ 713.90 | | | -774.92 | | | $ - | $ 1,392.91 |
| | | | | $ 713.90 | | | | | | $ - | $ 1,392.91 |
| | | | | $ 713.90 | | | | | | $ - | $ 1,392.91 |
| | | | | $ 713.90 | | | | | | $ - | $ 1,392.91 |
| | | | | $ 713.90 | | | | | | $ - | $ 1,392.91 |